CHARLES C. HOLMAN, JR. v. GARY J. HILTON.

February 5, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. GRAILING BROWN.

February 5, 1979. Petition for certification denied.

JOSEPH J. MURPHY REALTY, INC. v.
MARVIN J. SHERVAN.

February 5, 1979. Petition for certification denied. (See
159 *N. J. Super.* 546)

ALAN F. ROTHERMEL v.
INTERNATIONAL PAPER COMPANY.

February 5, 1979. Petition for certification denied. (See
163 *N. J. Super.* 235)

STATE OF NEW JERSEY v. WILLIE J. WILLARD.

February 5, 1979. Petition for certification denied.

CITY OF PLAINFIELD v.
PUBLIC SERVICE ELECTRIC AND GAS COMPANY.

February 5, 1979. Petition for certification granted.